DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorney for Defendant
FITBIT, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON WILLIS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  3:19-CV-01377 DMS WVG<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT FITBIT, INC. TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION**<br><br>Hearing Date:   October 25, 2019<br>Time:              1:30 p.m.<br>Courtroom:      13A<br><br>Honorable Dana M. Sabraw |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 25, 2019, at 1:30 p.m., in Courtroom 13A of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, and before the Honorable Dana M. Sabraw, Defendant Fitbit, Inc. ("Fitbit") will, and hereby does, move the Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, for an order to compel Plaintiff Baron Willis (hereinafter "Willis") to arbitration pursuant to his binding Arbitration Agreement, and to dismiss or stay this action in its entirety pending the arbitration proceeding.[1]

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Jeffrey Bonham and David F. McDowell, and all exhibits thereto, all pleadings and papers on file in this action, and on such other written and oral argument as may be presented to the Court.

---

[1] This motion satisfies Fitbit's obligation to respond to the Complaint at this stage. *See Lamkin v. Morinda Props. Weight Parcel, LLC*, 440 F. App'x 604, 607-08 (10th Cir. 2011) (holding that parties moving to compel arbitration need not file an answer or assert potential defenses because such a requirement would undercut the "right *not to litigate*"); *JS Barkats, PLLC v. BE, Inc.*, No. 12 Civ. 6779(JFK), 2013 WL 444919, at *2 (S.D.N.Y. Feb. 6, 2013) ("[P]arties are permitted to file motions to stay in lieu of an answer or other dispositive motions."). Fitbit reserves the right to file a Rule 12(b) motion at a later time. *See Aetna Life Ins. Co. v. Alla Med. Servs., Inc.*, 855 F.2d 1470, 1475 (9th Cir. 1988) (holding that a prior motion to dismiss or stay based on grounds other than Rule 12 did not bar a later Rule 12(b) motion); *Marchand v. Northrop Grumman Corp.*, No. 16-cv-06825-BLF, 2017 WL 2633132, at *6 (N.D. Cal. June 19, 2017) (noting the case law holding that "Defendant's Motion to Compel Arbitration and to Dismiss suffices as a 'responsive pleading' to Plaintiff's Complaint or as an unenumerated motion under Rule 12(b)" (citation omitted)).

DEFENDANT'S NOTICE OF MOT. AND MOT. TO COMPEL
ARB. AND TO DISMISS OR STAY THE ACTION
CASE NO. 19-CV-01377 DMS WVG

sf-4060513

Dated:      August 29, 2019          DAVID F. MCDOWELL
                                     MORRISON & FOERSTER LLP


                                     By:   /s/ David F. McDowell
                                           DAVID F. MCDOWELL

                                           Attorney for Defendant
                                           Fitbit, Inc.
                                           DMcDowell@mofo.com

sf-4060513