DAVID G. JENSEN, ESQ. (SBN 202673)
djensen@ctsclaw.com
CHARLES S. RUSSELL, ESQ. (SBN 233912)
crussell@ctsclaw.com
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
350 10th Avenue, Suite 1000
San Diego, California 92101
Tel.:   (619) 232-5700
Fax:   (619) 539-7350

Attorneys for Plaintiff,
**BARON WILLIS, et al.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON WILLIS, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FITBIT, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-01377 DMS WVG<br><br>**STIPULATION OF DISMISSAL**<br><br>Courtroom:    13A<br>Judge:         Hon. Dana M. Sabraw |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Baron Willis and Defendant Fitbit, Inc. hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own attorneys' fees and costs.

DATED:  September 22, 2021          **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By:_____
          DAVID G. JENSEN
          Attorneys for Plaintiff,
          **BARON WILLIS, et al.**

- 1 -                              3:19-CV-01377 DMS WVG

Stipulation for Dismissal

DATED:  September 22, 2021          **DTO LAW**

By: _____

MEGAN O'NEILL
Attorneys for Defendant,
FITBIT, INC.

G:\PLF\0190010\Pleadings - Federal\9.23.21 - Stip. for Dismissal.docx

Stipulation for Dismissal